UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUSAN B. HAU,
Individually and on Behalf of all Others
Similarly Situated,

      Plaintiff,

v.

Alliance One Receivables Management, Inc.,

      Defendant.

Case No.:  20-CV-150

---

## NOTICE OF REMOVAL

---

**PLEASE TAKE NOTICE** that defendant, Alliance One Receivables Management, Inc. (hereinafter, "AllianceOne"), hereby removes this action from the State of Wisconsin Circuit Court for Dane County to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§1331 (federal question), 1441 and 1446, and as and for its short, plain statement of the grounds for removal, respectfully states and alleges as follows:

    1.    On 3rd day of February, 2020, Plaintiff Susan B. Hau ("Hau"), commenced an action against Defendant Alliance in the Circuit Court for the State of Wisconsin – Dane County, captioned ***Susan Hau v. Alliance One Receivables Management, Inc.***, Case No. 20-CV-313, by filing a Summons and Complaint with the Dane County Clerk of Court – Civil Division, a true and correct copy of which is attached hereto as Exhibit 1.

    2.    On February 4, 2020, Defendant AllianceOne first received the complaint within the meaning of 14 U.S.C. § 1446(b). The time within which Defendant AllianceOne is required to file a responsive pleading has not yet expired.  No further proceedings have been had in this action.

3. The complaint filed by Hau, Exhibit 1, is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), in that it sets forth a claim for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq ("FDCPA"). Exhibit 1, p. 7. The court also has jurisdiction over the Wisconsin Consumer Act claims, Wis. Stat. § 427.104(1)(j), on the basis of supplemental jurisdiction under 28 U.S.C. § 1367.

4. Removal is timely under 28 U.S.C. § 1446(b) as the Complaint was filed on February 3, 2020 and Defendant was first served on February 4, 2020.

5. In accordance with 28 U.S.C. § 1446(d), written notice of removal is being provided to the plaintiff and filed with the Clerk of the Circuit Court for Dane County.

Dated this 20th day of February, 2020.

/s/ Alyssa A. Johnson
David J. Hanus, State Bar No. 1027901
Alyssa A. Johnson, State Bar No. 1086085
Attorneys for Defendant ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Telephone  414-276-6464
Fax  414-276-9220
E-mail  dhanus@hinshawlaw.com
ajohnson@hinshawlaw.com